IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEREMY JEROME,

    Plaintiff,

v.                        4:16cv450–WS/CAS

DEBRA J. RITCHASON, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed August 1, 2016. The magistrate judge recommends that the plaintiff's case be dismissed as frivolous and for failure to state a claim. The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 6) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's amended complaint (doc. 5) and this action are DISMISSED as frivolous and for failure to state a claim.

4. The clerk shall enter judgment stating: "All claims are dismissed."

5. All pending motions/petitions are DENIED.

DONE AND ORDERED this 1st day of September , 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE